# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ZACHARY CASTANEDA, | ) | No. SACV 21-1891-FMO (AGR) |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE PROCESS** |
| CRIMINAL INVESTIGATOR UNIT ORANGE COUNTY SHERIFFS DEP'T CALIFORNIA, | ) ) ) ) | |
| Defendant. | ) | |

Plaintiff, who is proceeding *pro se*, filed this civil rights action on November 12, 2021 and paid the filing fee. (Dkt. Nos. 1, 10.)

Pursuant to this Court's Order dated May 13, 2022, Plaintiff was advised that, under Federal Rule of Civil Procedure 4(m), service of the summons and complaint must be accomplished on each named defendant within 90 days after filing the complaint, and that the 90-day period would expire on August 11, 2022. The Court's Order expressly warned Plaintiff that "[n]on-compliance with this paragraph may result in issuance of an order to show cause re dismissal for failure to prosecute." (Dkt. No. 73 at 1.)

To date, no proof of service has been filed and therefore it appears that no named defendant has been served.

Accordingly, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1,

IT IS ORDERED that, on or before **May 6, 2024**, Plaintiff shall show good cause, if there be any, in writing why this case should not be dismissed without prejudice for failure to serve process and for failure to prosecute.  ***If plaintiff does not timely file such a response to this Order to Show Cause or fails to show good cause for failure to timely serve, this action may be dismissed without prejudice for plaintiff's failure to prosecute or failure to serve process.***  See Fed. R. Civ. P. 4(m); Local Rule 41-1; Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962).

DATED: April 4, 2024

                                       ALICIA G. ROSENBERG
                              UNITED STATES MAGISTRATE JUDGE