1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

12    ZACHARY CASTANEDA,                    NO. SACV 21-1891-FMO (AGR)

13                          Plaintiff,      ORDER ACCEPTING FINDINGS AND
                                            RECOMMENDATIONS OF UNITED
14           v.                             STATES MAGISTRATE JUDGE

15    SHERIFF ORANGE COUNTY
      CALIFORNIA, *et al.*,
16

17                          Defendants.

18

19          Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records

20    on file, the Report and Recommendation of the United States Magistrate Judge

21    ("Report"), and Plaintiff's objections (Dkt. Nos. 380-81).  Further, the Court has

22    engaged in a *de novo* review of those portions of the Report and

23    Recommendation to which objections have been made.  The Court accepts the

24    findings and recommendation of the Report.

25          Plaintiff's objections attach documents that are obviously fabricated.

26    Plaintiff attaches as "Exhibit Zeus" two grievance forms.  In the first grievance

27    form, Plaintiff writes: "Chief Don Barnes did I deliver you and all the defendants

28    with a 21 day summons issued re second amended complaint [and] as to

1

defendant criminal investigator unit orange county sheriff's department california."
The portion entitled Staff Response states: "It's Chief Don Barnes, yes we all got
them, we just dont [sic] report to court."  (Dkt. No. 380 at 4.)  Both the grievance
and staff response are in the same handwriting.  The second grievance form
states:  "Chief Don Barnes, did you intentionally destroy (date filed 05-16-2022),
(#74), 21 day summons issued re second amended complaint [and] as to
defendant criminal investigator unit orange county sheriff's department california.
(et) (entered:  05-16-2022).  So it would ruin Zachary Castaneda proceeding,
complaint case."  The portion entitled Staff Response states:  "It's Chief Barnes,
exactly yes correct, I planned to sabotage you, cause I want to win."  (Dkt. No.
380 at 5.)  Again, both the grievance and staff response are in the same
handwriting.  The summons in Dkt. No. 74 cited in the grievance is the summons
issued by the Clerk.  The proof of service is blank, indicating that no service was
made on any defendant.  (Dkt. No. 74.)  Plaintiff's subsequent filing continues in
the same vein and attaches so-called "confession evidence" written in the same
handwriting.  (*See* Dkt. No. 381 at 5-9.)

IT IS ORDERED that this action is dismissed without prejudice for failure to
serve process under Fed. R. Civ. P. 4(m) and failure to prosecute.

All pending motions are denied as moot.


DATED:  February 13, 2025                    _____/s/_____
                                                                      FERNANDO M. OLGUIN
                                                                      United States District Judge

2