JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY CASTANEDA<br><br>               Plaintiff,<br><br>   v.<br><br>SHERIFF ORANGE COUNTY CALIFORNIA, *et al.*,<br><br>               Defendants. | NO. SACV 21-1891-FMO (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to serve process under Fed. R. Civ. P. 4(m) and failure to prosecute.

DATED: February 13, 2025                            /s/
                                                          FERNANDO M. OLGUIN
                                                       United States District Judge